# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN MANIGAULT** : | Criminal Action No. 1:05-CR-54 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **UNITED STATES OF AMERICA** : | |

## ORDER

AND NOW, this 16th day of July, 2013, upon consideration of the motion to received documents at government expense, filed by John Manigault on July 8, 2013, in which he requests from the court copies of his sentencing transcripts, and of the judgment commitment, and it appearing that under 28 U.S.C. § 2250, a court may only furnish documents at government expense to a petitioner proceeding *in forma pauperis* if a habeas petition has been filed, United States v. Gaines, No. 89-00012-01, 1992 WL 38157, at *1 (E.D. Pa. Feb. 20, 1992), and that there is no pending habeas petition in the above-captioned matter, it is hereby ORDERED that Manigault's motion is DENIED.

                                                        S/ Christopher C. Conner  
                                                        CHRISTOPHER C. CONNER  
                                                        United States District Judge